NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LBT IP II LLC,**
*Appellant*

**v.**

**UBER TECHNOLOGIES, INC.,**
*Appellee*

---

2024-1526

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00880.

---

**JUDGMENT**

---

MATTHEW WOLFF HOWELL, Alston & Bird LLP, Atlanta, GA, argued for appellant.  Also represented by KIRK T. BRADLEY, CHRISTOPHER TIMOTHY LAWN DOUGLAS, MARY ISABELLE RIOLO, Charlotte, NC; MICHAEL J. NEWTON, Dallas, TX.

WILLIAM FINK, O'Melveny & Myers LLP, Washington, DC, argued for appellee.  Also represented by BROOKE WILNER; BENJAMIN HABER, Los Angeles, CA; FRANCES MACKAY, Dallas, TX.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 7, 2025
Date

Jarrett B. Perlow
Clerk of Court